IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GISELA RIVERA SUÁREZ AND JUAN ELÍAS ARROYO, <br><br>Plaintiff, <br><br>v. <br><br>MUNICIPALITY OF SAN JUAN, ET AL., <br><br>Defendants. | CIV. NO.: 23-1466 (SCC) |

## JUDGMENT

In view of the Motion to Dismiss at Docket No. 44 and the Court's Order at Docket No. 45, this case is **DISMISSED WITH PREJUDICE.** The Court will retain jurisdiction to enforce the terms of the settlement agreement between Plaintiffs and Dr. Maritza Loinaz. *See* Docket No. 44, pg. 2.

Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of April 2025.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE